ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL II

| **MARTA IRIS DEL VALLE QUIÑONES t/c/c MARTA MORENO DEL VALLE t/c/c MARTA IRIS MORENO t/c/c MARTA I. MORENO**<br><br>Apelantes<br><br>v.<br><br>**SUPERMERCADO MÁXIMO, INC. h/n/c SUPERMERCADO SUPERMAX DE CIDRA; INTEGRAND ASSURANCE COMPANY; CORPORACIONES A, B, y C; ASEGURADORAS D, E y F; JOHN DOE Y JANE DOE**<br><br>Apelados | TA2025AP00548 | ***CERTIORARI*** procedente del Tribunal de Primera Instancia, Sala Superior de **Caguas**<br><br>Civil Núm.:<br>**E DP2016-0232**<br><br>Sobre:<br>Daños y Perjuicios |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, el Juez Rodríguez Flores y la Jueza Díaz Rivera.

Cintrón Cintrón, Jueza Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 16 de enero de 2026.

Atendido el *Aviso de Desistimiento por Acuerdo Transaccional* presentado el 12 de enero de 2026 por la parte apelante, se declara *Ha Lugar*.

Se ordena el cierre y archivo del recurso de epígrafe, de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 115, 215 DPR __ (2025).

Lo acordó y manda el Tribunal y lo certifica la Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones